UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE No. 19-23064-BKC-JKO
                                                                Chapter 13
KISHMA GUMBS
       Debtor
_____/

**MOTION TO MODIFY TERMS AND INTEREST RATE OF THE SECURED CLAIM OF ALLY BANK TREATED IN PLAN PUSUANT TO §1322 (b)(2)** *and*
*Certificate of Service of the Motion and the Court Generated Notice of Hearing*

COME NOW the Debtor, Kishman Gumbs, and hereby file this Motion to Modify Terms and Interest Rate on Secured Claim of Ally Bank, Claim No.: 7 ("Ally Bank") Treated in Plan Pursuant to §1322 (b)(2) and in support thereof state as follows:

1. The Debtor filed for Chapter 13 protection on September 30, 2019 to reorganize their debt.
2. That set forth in the Debtor's schedule is a 2013 Mitsubishi Lancer, Vin #JA32U2FU2DU016863 with 60,000 miles valued by NADA $7,625.00 and valued by Ally Bank as per Proof of Claim No.: 7.
3. That Ally Bank holds a purchase-money security interest through a financing statement in Debtor's 2013 Mitsubishi Lander in the amount of $3,156.18 bearing interest at the rate of 13.25% ("Secured Claim").
4. That at the time of filing for Chapter 13 protection, the prime interest rate was 5.00% and the Debtor seeks to modify the interest rate on the Secured Debt, under §1322 (b)(2), to 6.00% thereby including a 1.00% risk adjustment and modify the terms of the Secured Debt to provide for its cure over the life of the Plan.

**WHEREFORE** the Debtor respectfully request this Honorable Court enter an order

A) Approving the modification of the terms of the Secured Debt of Ally Bank to the 60 month Plan term;
B) Approving the modification of the interest rate of the Aly Bank's Secured Debt to 6.00%;
C) Setting forth that any claim filed by or on behalf of Ally Bank shall be deemed amended accordingly.
D) Approving attorney fees and cost of $525.00 for representation involved with this motion

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

                                        Respectfully submitted,
                                        Miller & Funcia, P.A.
                                        9555 N. Kendall Drive, Suite 211
                                        Miami, Florida 33176
                                        Phone: 305-274-2922
                                        Fax:    305-722-3656
                                        millerandfunciapa@gmail.com
                                        /s/_____
                                        Jose P. Funcia, Esq. FBN 0698210

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

      I certify that a true copy of the foregoing motion, and a true copy of the Notice of Hearing of the foregoing motion, subsequently generated by the court after the filing of the foregoing motion, will be served on January 31, 2020 as follows:

*Electronically*

*Jose P Funcia on behalf of Debtor Kishma P Gumbs*
*millerfunciaecf2@gmail.com,, millerandfunciapa@ecf.inforuptcy.com*

*Ida Moghimi Kian on behalf of Creditor FLAGSTAR BANK, FSB*
*southerndistrict@shdlegalgroup.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Robin R Weiner*
*ecf@ch13weiner.com;ecf2@ch13weiner.com*

*Via First Class Mail*

Ally Bank
P. O. Box 130424
Roseville, MN 55113-0004

*VIA Certified Mail*

Ally Bank
C/O Jeffrey J. Brown, CEO
200 West Civic Centre Drive
Sandy, UT 84070
Certified No.: 7019 0700 0001 6507 1143

                                        Respectfully submitted,
                                        Miller & Funcia, P.A.
                                        9555 N. Kendall Drive, Suite 211
                                        Miami, Florida 33176
                                        Phone: 305-274-2922
                                        Fax:    305-722-3656
                                        millerandfunciapa@gmail.com
                                        /s/_____
                                        Jose P. Funcia, Esq. FBN 0698210